1744.   LOUISVILLE & NASHVILLE RAILROAD CO. *v.* ARNOLD.

POWELL, J.   The evidence is such as to authorize the verdict.   The trial was free from material error.                    *Judgment affirmed.*

Action for damages, from city court of Atlanta—Judge Reid. January 4, 1909.

Argued April 16,—Decided July 6, 1909.

*Tye, Peeples, Bryan & Jordan,* for plaintiff in error.

*Burton Smith, Lawton Nalley,* contra.